UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BUFORD POLLARD, III,<br><br>          Plaintiff,<br><br>     v.<br><br>CDC - SOLANO STATE PRISON; et al.,<br><br>          Defendants.<br>_____/ | No. C 10-252 MHP (pr)<br><br>**ORDER OF DISMISSAL** |

This pro se civil rights action was filed on January 19, 2010, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file an in forma pauperis application. In fact, mail sent to him came back undelivered with a marking indicating that he could not be located because he had paroled. He did not send a forwarding address. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action. The clerk shall close the file.

        IT IS SO ORDERED.

Dated: April 1, 2010

_____
Marilyn Hall Patel
United States District Judge